# jackson lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
500 E. Main Street
Suite 800
Norfolk, Virginia 23510
Tel 757 648-1445
Fax 757 648-1418
www.jacksonlewis.com

ALBANY, NY          DETROIT, MI          MILWAUKEE, WI        PORTLAND, OR
ALBUQUERQUE, NM     GREENVILLE, SC       MINNEAPOLIS, MN      PORTSMOUTH, NH
ATLANTA, GA         HARTFORD, CT         MORRISTOWN, NJ       PROVIDENCE, RI
BALTIMORE, MD       HOUSTON, TX          NEW ORLEANS, LA      RALEIGH-DURHAM, NC
BIRMINGHAM, AL      INDIANAPOLIS, IN     NEW YORK, NY         RICHMOND, VA
BOSTON, MA          JACKSONVILLE, FL     NORFOLK, VA          SACRAMENTO, CA
CHICAGO, IL         LAS VEGAS, NV        OMAHA, NE            SAN DIEGO, CA
CINCINNATI, OH      LONG ISLAND, NY      ORANGE COUNTY, CA    SAN FRANCISCO, CA
CLEVELAND, OH       LOS ANGELES, CA      ORLANDO, FL          SEATTLE, WA
DALLAS, TX          MEMPHIS, TN          PHILADELPHIA, PA     STAMFORD, CT
DENVER, CO          MIAMI, FL            PHOENIX, AZ          WASHINGTON, DC REGION
                                         PITTSBURGH, PA       WHITE PLAINS, NY

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 23 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

TORI SPILLAR
DIRECT DIAL: 757.227.6806
E-MAIL: TORI.SPILLAR@JACKSONLEWIS.COM

April 18, 2012

Ms. Aretha Thompson
Clerk's Office
United States District Court
    Western District of Virginia
210 Franklin Road
Roanoke, VA 24011

Re:   Civil Action No. 7:11cv0552
      Civil Action No. 7:12cv0022

Dear Aretha:

Jill Poole of our Omaha office represents Atlas Logistics Group Retail Services in the above-referenced matters and has been admitted *pro hac vice*. I would like to reconfirm our conversation the other day when you said that Ms. Poole could appear alone at the May 17th hearing. Neither Tom Lucas nor Kristina Vaquera of our Norfolk office will be available to accompany Ms. Poole to the hearing.

Thank you for your assistance the many times I have called you.

Sincerely,

*Tori Spillar*

Tori Spillar